The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ADAMA JAMMEH, and ADAMA JAMMEH,<br><br>Plaintiffs,<br><br>v.<br><br>GESAGRAN KUMAR, SANTOSHNI KUMAR, and GSK GROUPS LLC, a Washington Limited Liability Company,<br><br>Defendants. | CASE NO. 22-cv-0331-BJR<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States has filed an *ex parte* Application for an Extension of time to Consider Election to Intervene, in which the government seeks a six (6) month extension of time, or until May 30, 2023, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time." 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

Accordingly, it is hereby ORDERED that the United States shall have until May 30, 2023, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The

ORDER - 1
CASE NO. 22-cv-0331-BJR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Clerk shall maintain the Complaint and other filings under seal for the duration of the government's investigation.

DATED this 2nd day of February, 2023.

*Barbara J. Rothstein*

Honorable Barbara J. Rothstein
United States District Judge

ORDER - 2
CASE NO. 22-cv-0331-BJR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970