The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ADAMA JAMMEH, and ADAMA JAMMEH, <br><br>Plaintiffs, <br><br>v. <br><br>GESAGRAN KUMAR, SANTOSHNI KUMAR, and GSK GROUPS LLC, a Washington Limited Liability Company, <br><br>Defendants. | CASE NO. 22-cv-0331-BJR <br><br>**FILED UNDER SEAL** <br><br>**ORDER** |

The United States of America has filed an *Ex Parte* Application for an order partially lifting the seal in this case so that the United States may, at its discretion, provide Defendants and other necessary parties with a copy of the Complaint and any future amended complaints. The Court is satisfied that a partial lifting of the seal is consistent with the seal provisions of the False Claims Act and may expedite the United States' investigation and possible resolution of this matter.

THEREFORE, IT IS HEREBY ORDERED that the United States' *Ex Parte* Application for Partial Lifting of Seal shall be granted, such that the United States, at its discretion, may provide a copy of the Complaint and any future amended complaints to Defendants and other necessary parties. The Clerk shall otherwise maintain the Complaint and all other filings in this

ORDER - 1
CASE NO. 22-cv-0331-BJR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

action under seal for the duration of the United States' investigation or until otherwise ordered by the Court.

DATED this 10th day of July, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

*s/ Nickolas Bohl*
NICKOLAS BOHL, WA #48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: nickolas.bohl@usdoj.gov

ORDER - 2
CASE NO. 22-cv-0331-BJR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970