The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ADAMA JAMMEH, and ADAMA JAMMEH, <br><br>Plaintiffs, <br><br>v. <br><br>GESAGRAN KUMAR, SANTOSHNI KUMAR, and GSK GROUPS LLC, a Washington Limited Liability Company, <br><br>Defendants. | CASE NO. 22-cv-0331-BJR <br><br>**FILED UNDER SEAL** <br><br>**ORDER** |

The United States has filed an *ex parte* Application for an Extension of time to Consider Election to Intervene, in which the government seeks a three-month extension of time, or until March 1, 2024, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time." 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

Accordingly, it is hereby ORDERED that the United States shall have until March 1, 2024, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The

ORDER - 1
CASE NO. 22-cv-0331-BJR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Clerk shall maintain the Complaint and other filings under seal for the duration of the

2  government's investigation.

3        DATED this 30th day of November, 2023.

4

5

6  Barbara Jacobs Rothstein

   U.S. District Court Judge

7  Presented by:

8

*s/ Nickolas Bohl*
9  NICKOLAS BOHL, WA #48978
   Assistant United States Attorney
10 United States Attorney's Office
   700 Stewart Street, Suite 5220
11 Seattle, Washington 98101-1271
   Phone: 206-553-7970
12 Fax:   206-553-4067
   Email: nickolas.bohl@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2
CASE NO. 22-cv-0331-BJR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970