The Honorable Barbara J. Rothstein

1

2

3

4

5

6

7         UNITED STATES DISTRICT COURT FOR THE
           WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE

8

UNITED STATES OF AMERICA *ex rel.,*          Case No. 22-cv-0331-BJR
9   ADAMA JAMMEH, and ADAMA JAMMEH,
                                             **FILED UNDER SEAL**
10                              Plaintiffs,
                                             ORDER
11                              v.

12   GESAGRAN KUMAR, SANTOSHNI
     KUMAR, and GSK GROUPS LLC, a
13   Washington Limited Liability Company,

14                              Defendants.

15          The United States, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4),

16   having intervened in part for the purpose of settlement in this action, and having requested that

17   the Court lift the seal in this case; it is hereby:

18          ORDERED that the seal shall be lifted on all matters in this action; and it is further

19          ORDERED that the Clerk of the Court shall provide an executed copy of this Order to

20   counsel for the Government and counsel for the Relator.

21          DATED this 17th day of April, 2024.

22

23

ORDER - 1
Case No. 22-cv-0331-BJR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Barbara Jacobs Rothstein

U.S. District Court Judge

Presented by:

*s/ Nickolas Bohl*
NICKOLAS BOHL, WA #48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: nickolas.bohl@usdoj.gov

ORDER - 2
Case No. 22-cv-0331-BJR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970