The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA *ex rel.,* ADAMA JAMMEH, and ADAMA JAMMEH,

Plaintiffs,

v.

GESAGRAN KUMAR, SANTOSHNI KUMAR, and GSK GROUPS LLC, a Washington Limited Liability Company,

Defendants.

Case No. 22-cv-0331-BJR

**ORDER**

WHEREAS the United States of America (the "United States") has intervened in this action with regard to the allegations asserted against Defendants Gesagran Kumar, Santoshni Kumar, and GSK Groups, LLC ("Kumar") for the purpose of effectuating a settlement agreement between the United States, the Relator, and Kumar (the "Settlement Agreement"); and

WHEREAS the United States and the Relator have filed a joint stipulation of partial dismissal in part with regard to the allegations against Kumar;

IT IS HEREBY ORDERED as follows:

1. Consistent with the terms of the Settlement Agreement, the claims asserted by the Relator on behalf of the United States against Kumar that are based on the Covered Conduct

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

as defined in Paragraph C, Recitals of the Settlement Agreement are dismissed with prejudice. Paragraph C, Recitals of the Settlement Agreement specifically provides as follows:

> C. The United States contends that it has certain civil claims against Kumar arising from Relator's Complaint alleging violations of the FCA against Kumar, including allegations that Kumar repeatedly overcharged Relator as a Section 8 tenant in violation of the FCA and Kumar's contractual agreements with HUD, during the period from October 2018 through November 2020, which caused Kumar to receive HUD funds to which he might not otherwise be entitled. That conduct is referred to below as the Covered Conduct.

2. Any remaining claims asserted by the Relator on behalf of the United States against Kumar, First Cause of Action of the Complaint, regarding the False Claims Act claims, in which the United States has not intervened, are dismissed with prejudice to the Relator and without prejudice as to the United States.

3. All remaining claims asserted by the Relator against Kumar, Second–Fifth Causes of Action of the Complaint, and regarding attorney's fees, costs and expenses under 31 U.S.C. § 3730(d) are not dismissed and shall remain pending in the above-styled action.

DATED this 26th day of July, 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Nickolas Bohl*
NICKOLAS BOHL, WA #48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: nickolas.bohl@usdoj.gov

*s/ Joshua Turnham*
JOSHUA TURNHAM, WA #49926
Northwest Justice Project
401 Second Ave. S., Suite 407
Seattle, WA 98104
Phone: 206-464-1519
Fax: 206-624-7501
Email: joshua.turnham@nwjustice.org

*s/ Samuel Leonard*
SAMUEL LEONARD, WA ##46498
Leonard Law, PLLC
3614 California Ave. SW, #151
Seattle, WA 98116
Phone: 206-486-1176
Email: sam@seattledebtdefense.com

ORDER - 3
Case No. 22-cv-0331-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970